# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 09-00014-KD |
| ) | |
| KENTRELL COLLINS ) | |

## ORDER

For good cause shown and pursuant to the provisions of Rule 36 of the Federal Rules of Criminal Procedure, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby AMENDS **nunc pro tunc** the judgment which was entered in the above styled action on June 26, 2009 to read as follows:

**Sheet 5, Part A - Criminal Monetary Penalties**

**Name(s) and Address(es) of Payee(s)**
SEARS. com, c/o Sears and Roebuck, Inc.
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

All other provisions of the original sentence are reimposed.

**DONE and ORDERED** this 13th day of July, 2009.

 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE